454

## Edward K. Stackler, Appellant, v. New England Mutual Life Insurance Company, Appellee.

### Gen. No. 42,941.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945; David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Pam, Hurd & Reichmann, for appellee; Arthur M. Cox and Lester G. Britton, of counsel. Opinion by Presiding Justice Sullivan. Not to be published in full.

## William H. Kruspe, Appellant, v. Bankers Life Company, Appellee.

### Gen. No. 42,942.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Winston, Strawn & Shaw, for appellee; George B. Christensen and Gerard Grashorn, of counsel. Opinion by Presiding Justice Sullivan. Not to be published in full.